**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHARLES RANDALL HARRISON

    VS                                                  CASE NO.  3:07cv527/MCR/EMT

DEBRA A CROW, et al.

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  January 25, 2008

Motion/Pleadings: MOTION FOR RECONSIDERATION PURSUANT TO 28 U.S.C. § 636(b)(1)(A)

Filed by PLAINTIFF   on 1/24/08   Doc.# 6

RESPONSES:

                                                on   Doc.#
                                                on   Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 12th day of June, 2008, that:

    The relief requested is DENIED.  There is no provision in the law which authorizes plaintiff to take the action he wishes to take.

    s/ *M. Casey Rodgers*
    **M. CASEY RODGERS**
    *United States District Judge*

Document No.