IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES RANDALL HARRISON,
    Plaintiff,

vs.                                      Case No.: 3:07cv527/MCR/EMT

DEBRA A. CROW, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 28 U.S.C. § 1331 (Doc. 1).  On December 20, 2007, this court entered an order giving Plaintiff thirty (30) days in which to pay the filing fee or file a complete application to proceed in forma pauperis (Doc. 3).  On January 9, 2008, the undersigned denied Plaintiff's motion for reconsideration of the previous order (Doc. 5).  Plaintiff failed to comply with the order requiring him to address the filing fee issue within the court-imposed deadline; therefore, on January 25, 2008, the undersigned issued an order directing Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 7).  Plaintiff filed a motion for reconsideration of the December 20, 2007, order with the District Judge, but the motion was denied on June 12, 2008 (*see* Docs. 6, 8).  More than 120 days has elapsed, and Plaintiff has still not paid the filing fee or filed a complete application to proceed in forma pauperis in compliance with the order issued December 20, 2007, and he has not shown cause why this action should not be dismissed for his failure to comply with the order.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 15<u>th</u> day of October 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**